UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x     Case No.: 08/2854 (SAS) (ECF case)
THE SPACE INC.,

                    Plaintiff,     **NOTICE OF REMOVAL**

    -against-

PERRY ALAN SIMOWITZ, SPOTLIGHT VENTURES, INC., d/b/a PERRY ALAN PRODUCTIONS, PERRY ALAN SIMOWITZ d/b/a PERRY ALAN PRODUCTIONS and PERRY ALAN PRODUCTIONS,

                    Defendants.
------------------------------------------------------------x

    PLEASE TAKE NOTICE, that PERRY ALAN SIMOWITZ, SPOTLIGHT VENTURES, INC., d/b/a PERRY ALAN PRODUCTIONS, PERRY ALAN SIMOWITZ d/b/a PERRY ALAN PRODUCTIONS and PERRY ALAN PRODUCTIONS are the defendants in a civil action filed on January 18, 2008 in the Supreme Court of the State of New York, New York County (Index No. 100814/08). This action was served upon Defendants on February 12, 2008.

    Pursuant to 28 United States Code, Sections 1441(b) and 1446, Defendants PERRY ALAN SIMOWITZ, SPOTLIGHT VENTURES, INC., d/b/a PERRY ALAN PRODUCTIONS, PERRY ALAN SIMOWITZ d/b/a PERRY ALAN PRODUCTIONS and PERRY ALAN PRODUCTIONS remove this action to the United States District Court for the Southern District of New York, which is the judicial district in which the action is pending.

Dated:    New York, New York
           March 20, 2008

                                        GORDON & REES, LLP

                                        BY: _Deborah Swindells Donovan_
                                        DEBORAH SWINDELLS DONOVAN, ESQ.
                                        Attorneys for Defendants
                                        90 Broad Street, 23rd Floor
                                        New York, NY 10004
                                        (212) 269-5500

TO:  Brett M. Grossman, Esq.
Grossman & Grossman, P.C.
Attorneys for Plaintiff
360 Lexington Avenue
New York, New York 10017

CLERK OF THE SUPREME COURT, NEW YORK COUNTY
New York Supreme Court
Civil Term
60 Centre Street
New York, New York 10007-1474