UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x    Case No.: 08/2854 (SAS) (ECF case)
THE SPACE INC.,

                    Plaintiff,    **RULE 7.1 DISCLOSURE**
                                                                          **STATEMENT**

  -against-

PERRY ALAN SIMOWITZ, SPOTLIGHT VENTURES, INC., d/b/a PERRY ALAN PRODUCTIONS, PERRY ALAN SIMOWITZ d/b/a PERRY ALAN PRODUCTIONS and PERRY ALAN PRODUCTIONS,

                    Defendants.
------------------------------------------------------------x

       Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants SPOTLIGHT VENTURES, INC., d/b/a PERRY ALAN PRODUCTIONS, PERRY ALAN SIMOWITZ d/b/a PERRY ALAN PRODUCTIONS and PERRY ALAN PRODUCTIONS, private non-governmental parties certify that none of them has a corporate parent and no publicly held corporations owns more than 10% of any of their stock.

Dated:     New York, New York
             March 20, 2008

                                                     GORDON & REES, LLP

                                                     BY: _/s/ Deborah Swindells Donovan_
                                                     DEBORAH SWINDELLS DONOVAN, ESQ.
                                                     Attorneys for Defendants
                                                     90 Broad Street, 23rd Floor
                                                     New York, NY 10004
                                                     (212) 269-5500

TO:    Brett M. Grossman, Esq.
         Grossman & Grossman, P.C.
         Attorneys for Plaintiff
         360 Lexington Avenue
         New York, New York 10017