UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

THE SPACE, INC.,

                      Plaintiff,

-against-

PERRY ALAN SIMOWITZ, SPOTLIGHT VENTURES,
INC. d/b/a PERRY ALAN PRODUCTIONS, PERRY
ALAN SIMOWITZ d/b/a PERRY ALAN PRODUCTIONS,
and PERRY ALAN PRODUCTIONS,

                      Defendants.

-------------------------------------------------------------------X

Case No. 08 CV 2854 (SAS)

**NOTICE OF APPEARANCE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorneys are of the law offices of Gordon & Rees LLP, and hereby files this Notice of Appearance in the above-referenced action as counsel for Defendants PERRY ALAN SIMOWITZ, SPOTLIGHT VENTURES, INC., d/b/a PERRY ALAN PRODUCTIONS, PERRY ALAN SIMOWITZ d/b/a PERRY ALAN PRODUCTIONS, and PERRY ALAN PRODUCTIONS in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers be served upon:

        Matthew J. Koster
        Attorneys for Defendants
        Gordon & Rees, LLP
        90 Broad Street, 23rd Floor
        New York, New York 10004

Dated: New York, New York
April 30, 2008

                                Respectfully submitted,

                                GORDON & REES, LLP

                By: _____
                              Matthew J. Koster, Esq. (MK 3080)
                              Attorneys for Defendants
                              90 Broad Street, 23rd Floor
                              New York, New York 10004
                              (212) 269-5500

To:    Brett Matthew Grossman
        Grossman & Grossman, P.C.
        360 Lexington Avenue, 12th Floor
        New York, New York 10017
        (212) 616-8178