UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE SPACE, INC.,                              Case No. 08 CV 2854 (SAS)

                        Plaintiff,

               -against-

PERRY ALAN SIMOWITZ, SPOTLIGHT VENTURES,
INC. d/b/a PERRY ALAN PRODUCTIONS, PERRY
ALAN SIMOWITZ d/b/a PERRY ALAN PRODUCTIONS,
and PERRY ALAN PRODUCTIONS,

                        Defendants.

-----------------------------------------------------------------X

## DECLARATION OF MATTHEW KOSTER
## IN SUPPORT OF DEFENDANTS REPLY BRIEF IN OPPOSITION TO PLAINTIFFS' CROSS-MOTION

      Matthew Koster, an associate duly admitted to practice in the State of New York, hereby affirms the following under the penalty of perjury:

      1.    I am an associate with the law firm of Gordon & Rees, L.L.P., counsel for Defendants. As counsel for Defendants, I am fully familiar with the facts set forth herein. This Declaration is submitted in support of Defendants' Reply Brief in Opposition to Plaintiffs' Cross Motion.

      2.    Annexed hereto as Exhibit "1" is a true and complete copy of a receipt from the Clerk's office in the Southern District of New York dated March 18, 2008.

      3.    Annexed hereto as Exhibit "2" is a true and complete copy of the docket report.

4.  Annexed hereto as Exhibit "3" is a true and complete copy of a letter from the Southern District of New York Clerk's office dated March 13, 2008.

Dated:   New York, New York
         April 30, 2008

                                              _____
                                              Matthew J. Koster (MK 3080)

**EXHIBIT "1"**

ORIGINAL-WHITE          DUPLICATE-YELLOW                TRIPLICATE-PINK
                         RECEIPT FOR PAYMENT
                      UNITED STATES DISTRICT COURT
                               for the                      E 645088
                      SOUTHERN DISTRICT OF NEW YORK

                                   at _____

RECEIVED FROM            Gordon & Rees
                         08 CV 2854 (SAS)

Fund
6855XX      Deposit Funds                                  100814-08
604700      Registry Funds
            General and Special Funds
508800      Immigration Fees
085000      Attorney Admission Fees
086900      Filing Fees         INVOICE #22796
322340      Sale of Publications
322350      Copy Fees          DATE\TIME: 3/18/2008 1:30:58 PM
322360      Miscellaneous Fees CASHIER: Marc #10
143500      Interest            STATION: 01
322380      Recoveries of Court Costs
322386      Restitution to U.S. Government
121000      Conscience Fund  1 COMPLAINT 4/06              $350.00
129900      Gifts               086900    $60.
504100      Crime Victims Fund  510000   $190.00
613300      Unclaimed Monies    086400   $100
510000      Civil Filing Fee (½)
510100      Registry Fee       GRAND TOTAL                 $350.00

Checks and drafts are accepted subject to col-
lection and full credit will only be given when the
check or draft has been accepted by the financial    $350.00
institution on which it was drawn.
                                                 DEPUTY CLERK:
DATE:                    Cash | Check | M.O. | Credit
              20

**EXHIBIT "2"**

ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:08-cv-02854-SAS

| | |
|---|---|
| The Space, Inc. v. Simowitz et al | Date Filed: 03/18/2008 |
| Assigned to: Judge Shira A. Scheindlin | Jury Demand: None |
| Case in other court: State Court-Supreme, 100814-08 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity-Other Contract | Jurisdiction: Diversity |

**Plaintiff**

**The Space, Inc.**                    represented by **Brett Matthew Grossman**
Grossman & Grossman, P.C.
360 Lexington Avenue, 12th Floor
New York, NY 10017
(212) 616-8178
Fax: (646) 454-4190
Email: bmg008@aol.com
*LEAD ATTORNEY*

V.

**Defendant**

**Perry Alan Simowitz**                represented by **Deborah Swindells Donovan**
Gordon & Reees, LLP(NYC)
90 Broad Street
23rd Floor
New York, NY 10004
(212)201-6777
Fax: /(212)201-6778
Email: ddonovan@gordonrees.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Spotlight Ventures, Inc.**           represented by **Deborah Swindells Donovan**
*doing business as*                    (See above for address)
Perry Alan Productions                 *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Perry Alan Simowitz**                represented by **Deborah Swindells Donovan**
*doing business as*                    (See above for address)
Perry Alan Productions                 *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Perry Alan Productions**      represented by    **Deborah Swindells Donovan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2008 | 1 | NOTICE OF REMOVAL from Supreme Court of the State of New York, County of New York. Case Number: 100814-08. (Filing Fee $ 350.00, Receipt Number 645088).Document filed by Perry Alan Simowitz, Spotlight Ventures, Inc., Perry Alan Productions.(jpo) (mbe). (Entered: 03/19/2008) |
| 03/18/2008 | | Magistrate Judge Henry B. Pitman is so designated. (jpo) (Entered: 03/19/2008) |
| 03/18/2008 | | Case Designated ECF. (jpo) (Entered: 03/19/2008) |
| 03/18/2008 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Perry Alan Simowitz, Spotlight Ventures, Inc., Perry Alan Productions.(jpo) (mbe). (Entered: 03/19/2008) |
| 03/19/2008 | 3 | MOTION to Dismiss *Notice of Motion to Dismiss*. Document filed by Perry Alan Simowitz, Spotlight Ventures, Inc., Perry Alan Productions. (Donovan, Deborah) (Entered: 03/19/2008) |
| 03/19/2008 | 4 | MEMORANDUM OF LAW in Support re: 3 MOTION to Dismiss *Notice of Motion to Dismiss. Memorandum of Law In Support of Motion to Dismiss*. Document filed by Perry Alan Simowitz, Spotlight Ventures, Inc., Perry Alan Productions. (Donovan, Deborah) (Entered: 03/19/2008) |
| 04/28/2008 | 5 | CROSS MOTION to Remand to State Court *and in Opposition to Defendants' Motion*. Document filed by The Space, Inc..(Grossman, Brett) (Entered: 04/28/2008) |
| 04/28/2008 | 6 | MEMORANDUM OF LAW in Support re: 5 CROSS MOTION to Remand to State Court *and in Opposition to Defendants' Motion*.. Document filed by The Space, Inc.. (Grossman, Brett) (Entered: 04/28/2008) |

| PACER Service Center | |
|---|---|
| Transaction Receipt | |
| 04/29/2008 16:52:54 | |
| **PACER Login:** gr0084 | **Client Code:** palp 1049639 |
| **Description:** Docket Report | **Search Criteria:** 1:08-cv-02854-SAS |
| **Billable Pages:** 2 | **Cost:** 0.16 |

**EXHIBIT "3"**

**United States District Court**
Southern District Of New York
Office of the Clerk
500 Pearl Street
New York, NY 10007

J. Michael McMahon, Clerk of Court

Dear Sir/Madam:

The enclosed document(s) is/are being returned for the following reason(s):

☐ Filing fee of $_____ . ____ is required

☐ Fee is premature until motion has been granted or denied

☐ No personal checks, check must be certified or enclose a money order

☐ Certificate of good standing (COGS) from a New York State Court must be issued within thirty days. If COGS is from VT or CT both Federal and State certificates are needed and must be issued within thirty days (Local Rule 1.3)

☐ Sponsor must know petitioner for at least one full year, specific date needed if it is only one year (Local Rule 1.3)

☐ For original signature of the attorney of record, facsimile signatures are not acceptable

☐ New Petition for Admission/ECF Registration form must be filled out and notarized

**New Action could not be opened due to following:**

☑ One original and two copies of SDNY civil cover sheets (JS44C/SDNY) are needed
☑ One original and one copy of Federal Rule 7.1 are needed
☐ Only one Nature of Suit can be marked off
☐ Signing Attorney must be admitted in the Southern District
☐ If relating new action, SDNY case number and judge are needed

**Under Basis of Jurisdiction:**
☐ U. S. Plaintiff/ U. S. Defendant is for government agencies only
☐ Cannot file as Federal Question and Diversity
☐ Citizenship of Principal Parties is for Diversity cases only
☑ Only one box for plaintiff and one box for defendant allowed under Citizenship of Principal Parties no matter how many parties are involved
☐ Diversity and Nature of Suit #890 (other statutory actions) can not be chosen together
☑ Other _Choose venue, self addressed envelope_

Please comply with the above checked item(s) and resubmit said document(s) in conformity to the Rules of this court. Thank you for your cooperation.

MAR 1 3 2008
_____
Date

_____
Deputy Clerk