UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The Space, Inc.,  :

          Plaintiff,  :

- against -  :

Perry Alan Simonitz, et als  :

          Defendant(s).  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08
```

**SCHEDULING ORDER**

08 Civ. 2854 (SAS)

Conference Date: Aug 26, 2008

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on _____ (the "Order); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    the date of the conference and the appearances for the parties; 8/26/08, Brett Grossman for Plaintiff, Christopher Block for Δs.

(2)    a concise statement of the issues as they then appear; Plaintiff alleges that defendants failed to pay for services.

(3)    a schedule including: Δ Co. is in liquidation, Δ Simonitz is improperly named.

    (a) the names of persons to be deposed and a schedule of planned depositions; A representative of the Space, Inc. by November 1, 2008 and Perry Alan Simonitz by December 1, 2008

    (b) a schedule for the production of documents; All documents/Responses by November 15, 2008. All demands by October 1, 2008

    (c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed; N/A

    (d) time when discovery is to be completed;

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

January 15, 2009

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

January 30, 2009

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

~~February 15, 2009~~

Dec. 18 at 4:30 _____ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

N/A

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(a) Location of Defendant's deposition
(b)

(6) anticipated fields of expert testimony, if any;

N/A

(7) anticipated length of trial and whether to court or jury;

1 day

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

Brett Grossman
360 Lexington Avenue, 12th Floor
New York, NY 10017
(212) 616-8177

Christopher B. Block
90 Broad St, 23rd Floor
New York, NY
212 269-5500

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.    8/26/08